# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASD SPECIALTY HEALTHCARE, INC. d/b/a ASD HEALTHCARE** : : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:11-0068** |
| v : | **(JUDGE MANNION)** |
| : | |
| **NEW LIFE HOME CARE, INC. and GREGORY MALIA** : | |
| **Defendants** : | |

## ORDER

For the reasons stated in the memorandum of this date, the Defendants' motion to vacate judgment (Doc. No. 79), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: October 22, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-0068-02-ORDER.wpd